LENARD, APPELLANT, *v.* RUSSO, JUDGE, APPELLEE.

[Cite as *Lenard v. Russo,* 133 Ohio St.3d 152, 2012-Ohio-4236.]

*Prohibition—Writ sought to compel judge to vacate a conviction and sentence—Judge did not patently and unambiguously lack jurisdiction—Court of appeals' dismissal of complaint for writ affirmed.*

(No. 2012-0967—Submitted September 12, 2012—Decided September 20, 2012.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 98106, 2012-Ohio-2397.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment dismissing the petition of appellant, Richard Lenard, for a writ of prohibition to compel appellee, Cuyahoga County Common Pleas Court Judge John J. Russo, to vacate his conviction and sentence for violating a temporary protection order. Judge Russo did not patently and unambiguously lack jurisdiction to convict and sentence Lenard because the court had jurisdiction over the criminal proceeding, including sentencing, *see* R.C. 2931.03, and Lenard's plea of guilty to the charge of violating a temporary protection order constituted a complete admission of the charge, *Shie v. Leonard*, 84 Ohio St.3d 160, 161, 702 N.E.2d 419 (1998), and Crim.R. 11(B)(1). Lenard had an adequate remedy by appeal from his sentencing entry to raise his claim of sentencing error. *State ex rel. Hudson v. Sutula*, 131 Ohio St.3d 177, 2012-Ohio-554, 962 N.E.2d 798, ¶ 1; *State ex rel. Pruitt v. Donnelly*, 129 Ohio St.3d 498, 2011-Ohio-4203, 954 N.E.2d 117, ¶ 2.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Richard Lenard, pro se.

_____